IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DANIEL A. BROCK and SUSAN G. BROCK**,<br><br>    Plaintiffs,<br><br>v.<br><br>**ARTRAZZ INC. TRANSPORTATION SERVICES, MICHAEL J.W. NADEAU, and ZURICH INSURANCE COMPANY LTD**,<br><br>    Defendants. | Civil Action No. 7:12-CV-34 (HL) |

**ORDER**

This case is before the Court on Defendant Zurich Insurance Company Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 14) and Plaintiffs' Motion to Substitute a Defendant (Doc. 17).

Plaintiffs concede in their response to Zurich's motion to dismiss that the Court does not have personal jurisdiction over Zurich. Thus, the motion to dismiss (Doc. 14) is granted, and Zurich Insurance Company Ltd. is dismissed from this action.

As for Plaintiff's motion to substitute, the relief requested is properly construed as the addition of a party under Federal Rule of Civil Procedure 21, rather than the substitution of a party under Rule 15. No objection to the addition of Zurich American Insurance Company has been raised, and the Court finds that

the addition is proper. The motion to substitute (Doc. 17), construed as a motion to add a party, is granted, and Zurich American Insurance Company is added as a party-defendant in this case. Nothing herein is intended to preclude any factual or legal defenses available to Zurich American Insurance Company.

Plaintiffs are ordered to file an amended complaint with the Court on or before July 13, 2012. Plaintiffs are to serve the amended complaint as provided by the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 3rd day of June, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh