IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DANIEL A. BROCK** and **SUSAN G. BROCK**, <br><br> Plaintiffs, <br><br> v. <br><br> **ARTRAZZ INC. TRANSPORTATION SERVICES, MICHAEL J.W. NADEAU,** and **ZURICH AMERICAN INSURANCE COMPANY**, <br><br> Defendants. | Civil Action No. 7:12-CV-34 (HL) |

**ORDER**

The Court held a telephone conference on August 22, 2012 to discuss the status of discovery in this case. This Order memorializes the rulings made during the conference. Discovery in this case will now be governed by the following schedule:

All discovery other than the depositions of expert witnesses will end at 5:00 p.m. on October 24, 2012.

Plaintiffs will have until 5:00 p.m. on November 7, 2012 to identify any expert witnesses and provide Defendants with a Rule 26 expert report if required.

Defendants will have until 5:00 p.m. on November 28, 2012 to identify any expert witnesses and provide Plaintiffs with a Rule 26 expert report if required.

The parties will have until 5:00 p.m. on December 12, 2012 to depose all expert witnesses.

No further extensions of discovery will be granted.

All motions to amend the pleadings must be filed on or before September 24, 2012.

All <u>Daubert</u> motions must be filed on or before January 11, 2013.

All dispositive motions must be filed on or before January 22, 2013.

All other provisions contained in the Amended Scheduling and Discovery Report entered on March 26, 2012 remain in effect.

**SO ORDERED**, this the 23rd day of August, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh