IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DANIEL A. BROCK and SUSAN G. BROCK**, <br><br>    Plaintiffs, <br><br> v. <br><br> **ARTRAZZ INC. TRANSPORTATION SERVICES, MICHAEL J.W. NADEAU, and ZURICH AMERICAN INSURANCE COMPANY**, <br><br>    Defendants. | Civil Action No. 7:12-CV-34 (HL) |

## ORDER

The Court held a telephone conference on October 11, 2012 to discuss objections raised during the deposition of Tonya Callender-Carr. This Order memorializes the rulings made during the conference.

Defendants are ordered to send to the Court for an *in camera* review a copy of the entire Zurich claim file up through the filing of the lawsuit. The file should be sent directly to the undersigned's chambers, and must be in the Court's possession no later than October 17, 2012. The Court will review the file and determine what, if anything, should be disclosed to Plaintiffs relating to the subjects discussed during the conference.

The Court understands that counsel for Defendants has not seen the claim file. If upon review counsel discovers that the claim file contains the missing log books, the log books should be disclosed to Plaintiffs post-haste.

Plaintiffs are ordered to file an amended reply brief relating to their motion to amend that complies with the Local Rules no later than October 15, 2012. The reply brief currently on the docket will be disregarded by the Court.

**SO ORDERED**, this the 12th day of October, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh