IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DANIEL A. BROCK and SUSAN G. BROCK**,<br><br>    Plaintiffs,<br><br>v.<br><br>**ARTRAZZ INC. TRANSPORTATION SERVICES, MICHAEL J.W. NADEAU, and ZURICH AMERICAN INSURANCE COMPANY**,<br><br>    Defendants. | Civil Action No. 7:12-CV-34 (HL) |

### ORDER

Following the telephone conference held on October 11, 2012, counsel for Defendants produced to the Court a copy of Zurich's claim file relating to this case. The Court has conducted an *in camera* review of the claim file.

The first issue raised during the telephone conference was whether Zurich ever instructed Artrazz or Nadeau to maintain the log books relating to the time period of the accident. The Court did not find any mention of the log books in the claim file. Again, as previously ordered by the Court, if Defendants or defense counsel find the log books, they should be produced to Plaintiffs' counsel immediately.

The other issue raised was whether, and if so when, Zurich notified Artrazz or Nadeau that this case involved an injury or a personal injury claim. The attached correspondence between Zurich and Artrazz shows that in December of

2009, Artrazz was notified about the possible injury claim of Plaintiff Susan Brock. This email is the earliest mention of an injury to either Plaintiff the Court found in any correspondence directed to Artrazz or Nadeau.

As the Court has completed its review of the claim file, counsel for Defendant is directed to make arrangements to pick up the file from the Macon courthouse within the next two weeks.

**SO ORDERED**, this the 30th day of October, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh