IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL A. BROCK and SUSAN G. BROCK,<br><br>        Plaintiffs,<br><br>v.<br><br>ARTRAZZ INC. TRANSPORTATION SERVICES, MICHAEL J.W. NADEAU, and ZURICH AMERICAN INSURANCE COMPANY,<br><br>        Defendants. | Civil Action No. 7:12-CV-34 (HL) |

### ORDER

The Court has received a letter from Plaintiffs' counsel dated November 14, 2012 in which he requests that certain expert discovery deadlines be extended in light of the parties' mediation scheduled for December 14, 2012.

The Court will extend the expert deposition deadline to January 13, 2013. The new Daubert motion deadline is January 31, 2013. The new dispositive motion deadline is February 15, 2013. No other deadlines are extended, including the November 28 deadline for Defendants to identify their experts.

The parties are to report to the Court in writing on December 15, 2012 as to the results of the mediation.

Any future requests for relief should be addressed to the Court in the form of a motion, not a letter. Further, any and all future communications, no matter the form, should be electronically filed with the Court via the CM/ECF system.

**SO ORDERED**, this the 20th day of November, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh